ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MARICELLA SALINAS,<br><br>              Defendant. | Case No. 1:26-CR-00096-001 JLT SAB<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER<br><br>COURT: Hon. Jennifer L. Thurston |

Plaintiff the United States of America ("United States") and Defendant Maricella Salinas ("Defendant") submit this stipulation, pursuant to undersigned counsel, (1) to schedule a change of plea hearing before the Honorable Jennifer L. Thurston on July 13, 2026, at 9:00 a.m.

The parties have reached a plea agreement which has been filed on the docket. Given the agreement, the parties request a change of plea hearing. Defendant will also execute a waiver of indictment at the change of plea hearing.

1

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1.  A change of plea hearing may be scheduled for July 13, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston;

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  June 1, 2026          /s/ Chan Hee Chu
                             CHAN HEE CHU
                             Assistant United States Attorney
                             Attorney for Plaintiff

Date:  June 1, 2026           /s/ Jeffrey T. Hammerschmidt
                             Jeffrey T. Hammerschmidt
                             Attorney for Defendant
                             MARICELLA SALINAS

## O R D E R

**IT IS SO ORDERED.**  The Initial Appearance and Change of Plea Hearing as to Defendant Maricella Salinas is scheduled for July 13, 2026, 9:00 a.m. before the Honorable Jennifer L. Thurston.

Date:  June 3, 2026

Honorable Jennifer L. Thurston
United States District Judge

2